IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL VALENTINE GARDNER**                                                                                **PLAINTIFF**
**ADC #175884**

v.                              **CASE NO: 3:21CV00116-JM-JJV**

**JOE PAGE, III,** *et al*.                                                                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. Mr. Gardner has filed three new pleadings in response to the Proposed Findings and Recommended Disposition: 1) application to proceed *in forma pauperis* (Doc. No. 7); 2) Motion to Proceed *In Forma Pauperis* Pursuant to Amended Complaint (Doc. No. 8); and 3) Amended Complaint (Doc. No. 9). The first *in forma pauperis* motion is a standard form certifying that Mr. Gardner is indigent. The motion is moot. The Court deems the second *in forma pauperis* motion as a motion for leave to file an amended complaint because it includes a statement of his claim and prayer for relief. In his third pleading, titled Amended Complaint, Mr. Gardner merely lists his defendants and attaches his ADC grievance documents as exhibits. Even if the pleadings had been timely filed, they do not cure the factual or legal deficiencies of Mr. Gardner's claims.

After carefully considering Mr. Gardner's latest filings and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

2. Plaintiff's Application to Proceed in forma pauperis (Doc. No. 7) is MOOT.

3. Plaintiff's Motion for Leave to Proceed in forma pauperis pursuant to amended complaint (Doc. No. 8) is DENIED.

4. Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).[1]

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 3rd day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Title 28 U.S.C. § 1915(g) provides as follows: "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."