IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL VALENTINE GARDNER**                                                          **PLAINTIFF**
**ADC #175884**

v.                              **CASE NO: 3:21CV00116-JM-JJV**

**JOE PAGE, III,** *et al.*                                                             **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 3rd day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE